## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KELLIE HALLMAN**                                                                 **PLAINTIFF**

**V.**                                    **NO.  4:05CV001071 SWW/HDY**

**JO ANNE B. BARNHART,**                                              **DEFENDANT**
**Commissioner, Social**
**Security Administration**


### ORDER


The plaintiff previously been granted the right to proceed *in forma pauperis.*  The Court now

directs the United States Marshal to serve a copy of the complaint on the defendant without

prepayment of fees and costs or the giving of security.

DATED this ___8___ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE