**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


KELLIE HALLMAN                                              Plaintiff

v.                              4:05CV01071 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                    Defendant


<u>**ORDER**</u>


The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of August, 2006.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE